UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| IN RE | CHAPTER 11 |
| GABRIEL A. SAN ROMAN AND MICHELE D. SAN ROMAN | CASE NO. 18-77977 |
| DEBTORS | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 11 Oak Run, Unit 11, Stony Brook, NY 11790, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: December 6, 2018

Respectfully Submitted,

/s/Shari Barak
Shari S. Barak
Managing Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A.
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525