UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

Gabriel A. San Roman
Michele D. San Roman

            Debtors.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-77977-reg
(Chapter 11)

Assigned to:
Hon. Robert E. Grossman
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Wells Fargo Bank, N.A. in the within proceeding with regard to its interest in the property known as 15 Emmet Drive, Stonybrook, NY 11790-2025.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    December 6, 2018
              Williamsville, New York

                                         Yours,
                                         GROSS POLOWY, LLC
                                         Attorneys for Wells Fargo Bank, N.A.

                                         */s/ Courtney R. Williams*

                                         Courtney R Williams, Esq.
                                         Gross Polowy, LLC
                                         1775 Wehrle Drive, Suite 100
                                         Williamsville, NY 14221
                                         Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Eastern District Of New York

   Michael J. Macco, Esq.     Attorney for Debtors

   Stan Y Yang, Esq.          United States Trustee