UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                    Case No. 18-77977 (REG)

GABRIEL A. SAN ROMAN and                                  Chapter 11
MICHELE D. SAN ROMAN

                           Debtors.
-------------------------------------------------------------X

## AFFIRMATION OF SERVICE

**COOPER J MACCO**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides at Huntington, New York.

On December 12, 2018, deponent served the within:

- **NOTICE OF HEARING ON MOTION REQUESTING LOSS MITIGATION**
- **MOTION REQUESTING LOSS MITIGATION**

upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by first class mail and certified mail to:

TO:  **WELLS FARGO BANK, N.A.**      **OFFICE OF THE UST**
       Wells Fargo Bank, N.A.               Office of the U.S. Trustee
       8480 Stagecoach Circle               Long Island Federal Courthouse
       Frederick, MD 21701                 560 Federal Plaza
                                                        Central Islip, NY  11722
       Wells Fargo Bank, N.A.
       c/o Gross Polowy LLC
       25 Northpointe Parkway, Suite 25
       Amherst, NY 14228

       Wells Fargo Bank, N.A.
       Hogan Lovells US, LLP
       875 Third Avenue
       New York, NY 10022

    I declare under the penalty of perjury that the foregoing is true and correct.  Executed on the 12th day of December, 2018

                                                                                           COOPER J MACCO