UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

Gabriel A. San Roman
Michele D. San Roman

        Debtors

**AFFIDAVIT OF SERVICE**

Case No.: 18-77977-reg
(Chapter 11)

Assigned to:
Hon. Robert E. Grossman
Bankruptcy Judge

STATE OF NEW YORK    )
COUNTY OF ERIE        ) SS:
CITY OF BUFFALO      )

Ashley Nemec, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Gasport, New York.

That on February 11, 2019, deponent served the within Affirmation in Opposition to Loss Mitigation Request by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

Gabriel A. San Roman   Debtor
15 Emmet Drive
Head of the Harbor, NY 11790-2025

Michael J. Macco, Esq.   Debtor Attorney
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Stan Y Yang, Esq     Chapter 11 Trustee
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

United States Trustee    U.S. Trustee
560 Federal Plaza, Suite 560
Central Islip, NY 11722

                                      /s/ Ashley N. Nemec
                                      Ashley N. Nemec

Sworn to before me this the 11th day
Of February, 2019.

/s/ Gabrielle E. Rude
Gabrielle E. Rude
Notary Public

                GABRIELLE E. RUDE
NOTARY PUBLIC, STATE OF NEW YORK
       QUALIFIED IN ERIE COUNTY
   My Commission Expires July 25, 2019