UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re Gabriel A San Roman and Michele D San Roman     Case No. 8-18-77977
       **Debtors**                          Reporting Period: 2/1/19 - 2/28/19

                                             Social Security #          1219          8480
                                              (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date _____ 3/7/2019

Signature of Joint Debtor _____     Date _____ 3/7/2019

In re Gabriel A San Roman and Michele D San Roman    Case No. 8-18-77977

Debtors    porting Period: 2/1/19 - 2/28/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 8,863.11 | $ 9,123.11 |
| **RECEIPTS** | | |
| Wages (Net) | $ 58,173.63 | $ 171,476.85 |
| **Interest and Dividend Income** | $ - | $ - |
| Alimony and Child Support | $ - | $ - |
| Social Security and Pension Income | $ - | $ - |
| Sale of Assets | $ - | $ - |
| Other Income (attach schedule) | $ 6,241.42 | $ 7,571.49 |
| **Total Receipts** | $ 73,278.16 | $ 188,171.45 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | $ 23,403.39 | $ 69,305.54 |
| Rental Payment(s) | $ 6,553.96 | $ 6,553.96 |
| **Other Secured Note Payments** | $ - | $ - |
| Utilities | $ 7,015.61 | $ 16,434.41 |
| Insurance | $ 6,572.17 | $ 16,282.98 |
| Auto Expense | $ 863.41 | $ 3,806.89 |
| Lease Payments | $ 1,277.68 | $ 3,840.49 |
| IRA Contributions | $ - | $ - |
| Repairs and Maintenance | $ 354.20 | $ 354.20 |
| Medical Expenses | $ 242.63 | $ 313.20 |
| Food, Clothing, Hygiene | $ 6,400.48 | $ 16,472.76 |
| Charitable Contributions | $ - | $ - |
| Alimony and Child Support Payments | $ - | $ - |
| Taxes - Real Estate | $ - | $ 5,221.14 |
| Taxes - Personal Property | $ - | $ - |
| Taxes - Other (attach schedule) | $ - | $ - |
| Travel and Entertainment | $ 95.51 | $ 3,956.99 |
| Gifts | $ - | $ 1,646.00 |
| Other (attach schedule) | $ 4,393.41 | $ 214,727.60 |
| **Total Ordinary Disbursements** | $ 57,172.45 | $ 358,916.16 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | $ - | |
| U. S. Trustee Fees | $ 325.00 | $ 650.00 |
| Other Reorganization Expenses (attach schedule) | $ - | $ - |
| **Total Reorganization Items** | $ 325.00 | $ 650.00 |
| **Total Disbursements** (Ordinary + Reorganization) | $ 57,497.45 | $ 162,598.30 |
| | $ 20,174.12 | |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | $ 15,780.71 | $ 25,603.15 |
| **Cash - End of Month** (Must equal reconciled bank statement) | $ 14,524.62 | $ 34,260.74 |

In re <u>Gabriel A San Roman and Michele D San Roman</u>     Case No. <u>8-18-77977</u>
    **Debtors**     porting Period: <u>2/1/19 - 2/28/19</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | | Cumulative Filing to Date Actual | |
|---|---|---|---|---|
| **Other Income** | | | | |
| Theralogix | $ | 1,077.72 | $ | 1,077.72 |
| Bank Fee refund | $ | 35.00 | $ | 35.00 |
| Chubb and Son Home Insurance refund | $ | 2,564.35 | $ | 2,564.35 |
| Chubb Home Insurance refund | $ | 2,564.35 | $ | 2,564.35 |
| | | | | |
| | | | | |
| Total | $ | 6,241.42 | | |
| **Other Taxes** | | | | |
| | | $0 | | |
| | | | | |
| **Other Ordinary Disbursements** | | | | |
| SBYC | $ | 180.41 | $ | 1,437.43 |
| Bank fee | $ | 35.00 | $ | 35.00 |
| World Gym | $ | 55.00 | $ | 55.00 |
| RSNY Loan (Feb) | $ | 4,000.00 | $ | 12,000.00 |
| USTA | $ | 73.00 | $ | 73.00 |
| Adelphi Grad | $ | 50.00 | $ | 50.00 |
| | $ | - | $ | - |
| Total | $ | 4,393.41 | $ | 13,650.43 |
| **Other Reorganization Expenses** | | | | |
| | | $0 | | 0 |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $57,497.45 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION | $0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $57,497.45 |

In re Gabriel A San Roman/Michele D San Roman     Case No. 8-18-77977

Debtors     Reporting Period: 2/1/19 - 2/28/19

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | $    14,524.62 | | | |
| | | | | |
| BANK BALANCE | $    14,524.62 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | $    14,524.62 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re Gabriel A San Roman/Michele D San Roman   Case No. 8-18-77977
    Debtors   Reporting Period: 2/1/19 - 2/28/19

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Cash Disbursements |  | $0 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 2/4/2019 | The Shipyard | Rent | $ 3,553.96 | 113 |
| 2/8/2019 | Wells Fargo | 1st Mortgage | $ 16,645.84 | 116 |
| 2/8/2019 | Wells Fargo | 2nd Mortgage | $ 6,757.55 | 115 |
| 2/22/2019 | The Oaks | HOA fee | $ 380.00 | 1341 |
| 2/22/2019 | Custom Décor | Furniture repair | $ 661.75 | 1340 |
| 2/22/2019 | The Shipyard | Rent | $ 3,100.00 | 1339 |
| 2/26/2019 | RSNY (Feb) | Loan | $ 4,000.00 | 117 |
| 2/26/2019 | US Trustee | Reorganization | $ 325.00 | 118 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total Bank Account Disbursements |  | $ 35,424.10 |  |

| | Amount |
|---|---|
| Total Disbursements for the Month | $ 35,424.10 |

In re Gabriel A San Roman and Michele D San Roman

Debtors

Case No. 8-18-77977

Reporting Period: 2/1/19 - 2/28/19

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | $ | $ |
| 15 Emmet Drive, Stony Brook, NY | $        4,000,000.00 | $        4,000,000.00 |
| 11 Oak Run, Stony Brook, NY (95% owner) | $          503,500.00 | $          503,500.00 |
| 111 Cathedral Ave, Hempstead, NY (25% owner) | $          125,000.00 | $          125,000.00 |
| Other Property *(attach schedule)* | $                      - | $                      - |
| *TOTAL REAL PROPERTY ASSETS* | $        4,628,500.00 | $        4,628,500.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | $               200.00 | $                 60.00 |
| Bank Accounts | $          14,524.62 | $          10,873.01 |
| Security Deposits | $                      - | $                      - |
| Household Goods & Furnishings | $          10,000.00 | $          10,000.00 |
| Books, Pictures, Art | $                      - | $                      - |
| Wearing Apparel | $            5,000.00 | $            5,000.00 |
| Furs and Jewelry | $          10,000.00 | $          10,000.00 |
| Firearms & Sports Equipment | $            1,000.00 | $            1,000.00 |
| Insurance Policies | $                      - | $                      - |
| Annuities | $                      - | $                      - |
| Education IRAs | $                      - | $                      - |
| Retirement & Profit Sharing | $        133,645.78 | $        127,849.06 |
| Stocks | $                      - | $                      - |
| Partnerships & Joint Ventures | $                      - | $                      - |
| Government & Corporate Bonds | $            1,500.00 | $            1,500.00 |
| Accounts Receivable | $                      - | $                      - |
| Alimony, maintenance, support or property settlements | $                      - | $                      - |
| Other Liquidated Debts | $                      - | $                      - |
| Equitable Interests in Schedule A property | $                      - | $                      - |
| Contingent Interests | $                      - | $                      - |
| Other Claims | $                      - | $                      - |
| Patents & Copyrights | $                      - | $                      - |
| Licenses & Franchises | $                      - | $                      - |
| Customer Lists | $                      - | $                      - |
| Autos, Trucks & Other Vehicles | $          74,800.00 | $          74,800.00 |
| Boats & Motors | $            1,000.00 | $            1,000.00 |
| Aircraft | $                      - | $                      - |
| Office Equipment | $                      - | $                      - |
| Machinery, supplies, equipment used for business | $                      - | $                      - |
| Inventory | $                      - | $                      - |
| Animals | $                      - | $                      - |
| Crops | $                      - | $                      - |
| Farming Equipment | $                      - | $                      - |
| Farm Supplies | $                      - | $                      - |
| Other Personal Property *(attach schedule)* | $                      - | $                      - |
| *TOTAL PERSONAL PROPERTY* | $        251,670.40 | $        242,082.07 |
| *TOTAL ASSETS* | $        4,880,170.40 | $        4,870,722.07 |

In re Gabriel A San Roman and Michele D San Roman     Case No. 8-18-77977
    **Debtors**     Reporting Period: 2/1/19 - 2/28/19

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | $ - | $ - |
| FICA/Medicare (not deducted from wages) | $ - | $ - |
| State Taxes (not deducted from wages) | $ - | $ - |
| Real Estate Taxes | $ - | $ - |
| Other Taxes *(attach schedule)* | $ - | $ - |
| *TOTAL TAXES* | $ - | $ - |
| Professional Fees | $ - | $ - |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $ 5,083,429.48 | $ 5,083,429.48 |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 1,000,427.17 | $ 1,000,427.17 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 6,083,856.65 | $ 6,083,856.65 |
| *TOTAL LIABILITIES* | $ 6,083,856.65 | $ 6,083,856.65 |

In re Gabriel A San Roman and Michele D San Roman

__Debtors__

Case No. 8-18-77977

Reporting Period: 2/1/19 - 2/28/19

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $        - |  |  |  |  |  |
| Rent | $        - |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments | $        - |  |  |  |  |  |
| Professional Fees | $        - |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* | $        - |  |  |  |  |  |
|  | $        - |  |  |  |  |  |
|  | $        - |  |  |  |  |  |
|  | $        - |  |  |  |  |  |
|  | $        - |  |  |  |  |  |
|  | $        - |  |  |  |  |  |
| **Total Post-petition Debts** | $        - |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re Gabriel A San Roman and Michele D San Roman
_____
Debtors

Case No. 8-18-77977
Reporting Period: 2/1/19 - 2/28/19

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Wells Fargo 1st Mortgage | 2/1/2019 | $ 16,645.84 | 0 |
| Wells Fargo 2nd Mortgage | 2/1/2019 | $ 6,757.55 | 0 |
| Chrysler Jeep Wrangler | 2/20/2019 | $ 908.30 | 0 |
| Chrysler Jeep Patriot | 2/25/2019 | $ 369.38 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | $ 24,681.07 | 0 |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Home Alarm | Air Tight | | $35.00/month |
| Stony Brook Yacht Club | | | $250.00/month |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Gabriel A San Roman and Michele D San Roman
Debtors

Case No. 8-18-77977
Reporting Period: 2/1/19 - 2/28/19

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |



CHECKING | SAVINGS | CDS | IRAS | LOANS

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977
15 EMMET DR
STONY BROOK NY  11790



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD   FEBRUARY 08, 2019  -  MARCH 07, 2019

**Essential Checking**            **8691**

| | | | | |
|---|---|---|---|---|
| Previous Balance  02/07/19 | $32,152.24 | Number of Days in Cycle | | 28 |
| 7 Deposits/Credits | $65,358.80 | Minimum Balance This Cycle | | $595.16 |
| 154 Checks/Debits | -$79,986.29 | Average Collected Balance | | $10,204.71 |
| Service Charges | $0.00 | | | |
| Ending Balance 03/07/19 | $17,524.75 | | | |

## ACCOUNT DETAIL    FOR PERIOD   FEBRUARY 08, 2019   -   MARCH 07, 2019

**Essential Checking**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/08 | -$2.34 | $32,149.90 | Debit | Debit Card Purchase 020819 STARBUCKS STORE 07635      STONY BROOK   NY | 5329 |
| 02/08 | -$28.30 | $32,121.60 | Debit | Debit Card Purchase 020819 MK NORTH COUNTRY GAS       SAINT JAMES   NY | 5329 |
| 02/08 | -$2,564.35 | $29,557.25 | Debit | ACH Withdrawal CHUBB CHUBB02 | |
| 02/08 | -$2,564.35 | $26,992.90 | Debit | ACH Withdrawal CHUBB & SON PAYMENT | |
| 02/08 | -$965.91 | $26,026.99 | Debit | ACH Withdrawal STATE FARM RO 08 CPC-CLIENT | |
| 02/08 | -$16,645.84 | $9,381.15 | Check | Check    116 | |
| 02/08 | -$6,757.55 | $2,623.60 | Check | Check    115 | |
| 02/11 | -$68.89 | $2,554.71 | Debit | Debit Card Purchase SPEEDWAY 07893  LK4782 020919 SPEEDWAY 07893       COMMACK    NY | 5287 |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER

| FOLLOW THESE EASY STEPS TO BALANCE YOUR ACCOUNT |
|---|

▸ Just answer the following questions to "balance your checkbook."

1. What is the amount shown on this statement for ENDING BALANCE? *Enter that amount on the line to your right.*   $ _____

2. Have you made any deposits that have not been credited on this statement? *Total up these deposits and enter the amount on the line to your right.*   +$ _____

3. ADD TOGETHER Lines 1 and 2   =$ _____

4. Are there any outstanding checks, payments, transfers or other withdrawals that are not reflected on this statement? *Use the table below to add them up and enter the total on the line to your right.*   -$ _____

5. SUBTRACT Line 4 from Line 3 *This should reflect your checkbook balance.*   =$ _____

| Outstanding Items | |
|---|---|
| Check # | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Outstanding Items | |
|---|---|
| Check # | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** Enter in Line 4 | |

**Please examine your statement promptly and report any inaccuracy as soon as possible**

In Case of Error or Questions About Your Electronic Transfers, telephone us at 1 (800) 655-2265 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (If any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





# PAPER PILING UP?

Switch to paperless statements!

**CLICK!**

**capitalonebank.com**

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    -    MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/11 | -$61.75 | $2,492.96 | Debit | Debit Card Purchase 021119 SUNOCO 0975167800 QPS    STONY BROOK NY | 5287 |
| 02/11 | -$84.55 | $2,408.41 | Debit | Debit Card Purchase 021119 EZPASS PREPAID TOLLQPS    800 333 8655 NY | 5329 |
| 02/11 | -$95.99 | $2,312.42 | Debit | Debit Card Purchase 021119 PETCO 3714    63537146    LAKE GROVE NY | 5329 |
| 02/11 | -$96.62 | $2,215.80 | Debit | Debit Card Purchase 021119 LIQUORIUM    SAINT JAMES NY | 5287 |
| 02/11 | -$130.85 | $2,084.95 | Debit | Debit Card Purchase 021119 THE BARN PET FEED  SU    DEER PARK NY | 5329 |
| 02/11 | -$908.30 | $1,176.65 | Debit | Debit Card Purchase 021119 WU CHRYSLER CAPITAL    855 563 5635 TX | 5329 |
| 02/11 | -$96.00 | $1,080.65 | Debit | ACH Withdrawal LIPA    ONLINE PAY | |
| 02/11 | -$35.00 | $1,045.65 | Debit | NSF charge DR AMT  1,567.73 0000000000 021119 | |
| 02/12 | -$395.45 | $650.20 | Debit | Debit Card Purchase 021219 PEAPOD GROCERIES    800 5PEAPOD   IL | 5329 |
| 02/13 | -$55.04 | $595.16 | Debit | Debit Card Purchase 021319 SUNOCO 0975167800 QPS    STONY BROOK NY | 5287 |
| 02/15 | $1,077.72 | $1,672.88 | Deposit | Customer Deposit | |
| 02/15 | -$1.29 | $1,671.59 | Debit | Debit Card Purchase 021519 APL ITUNES COM BILL    866 712 7753 CA | 5329 |
| 02/15 | -$1.29 | $1,670.30 | Debit | Debit Card Purchase 021519 APL ITUNES COM BILL    866 712 7753 CA | 5329 |

**PAGE 3 OF 12**

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/15 | -$1.29 | $1,669.01 | Debit | Debit Card Purchase 021519 APL ITUNES COM BILL    866 712 7753 CA | 5329 |
| 02/15 | -$1.29 | $1,667.72 | Debit | Debit Card Purchase 021519 APL ITUNES COM BILL    866 712 7753 CA | 5329 |
| 02/15 | -$1.29 | $1,666.43 | Debit | Debit Card Purchase 021519 APL ITUNES COM BILL    866 712 7753 CA | 5329 |
| 02/15 | -$10.73 | $1,655.70 | Debit | Debit Card Purchase 021519 GREEK TO GO        STONY BROOK   NY | 5329 |
| 02/15 | -$32.62 | $1,623.08 | Debit | Debit Card Purchase 021519 LIQUORIUM        SAINT JAMES NY | 5287 |
| 02/15 | -$196.31 | $1,426.77 | Debit | Debit Card Purchase 021519 PENTIMENTO RESTAURANT    STONY BROOK   NY | 5287 |
| 02/19 | $2,564.35 | $3,991.12 | Credit | ACH deposit CHUBB        REVERSAL | |
| 02/19 | $2,564.35 | $6,555.47 | Credit | ACH deposit CHUBB & SON PAYMENT | |
| 02/19 | $35.00 | $6,590.47 | Credit | Refund NSF charge 190210CL00079 | |
| 02/19 | -$251.57 | $6,338.90 | Debit | Debit Card Purchase WHOLEFDS LGV 102 IN0061 021719 WHOLEFDS LGV 102 120 NEW   LAKE GROVE    NY | 5287 |
| 02/19 | -$34.75 | $6,304.15 | Debit | Debit Card Purchase PETCO 3714 108673 021719 PETCO 3714 LAKE GROVE    NY | 5287 |
| 02/19 | -$85.94 | $6,218.21 | Debit | Debit Card Purchase TARGET T  255 PO 311911 021719 TARGET T  255 POND PAT    SOUTH SETAUKE NY | 5287 |
| 02/19 | -$5.99 | $6,212.22 | Debit | Debit Card Purchase 021919 APL ITUNES COM BILL    866 712 7753 CA | 5329 |
| 02/19 | -$12.96 | $6,199.26 | Debit | Debit Card Purchase 021919 DD BR 344267 Q35    ST JAMES    NY | 5287 |
| 02/19 | -$18.76 | $6,180.50 | Debit | Debit Card Purchase 021919 AMC STONY BROOK 17  21    STONY BROOK   NY | 5287 |
| 02/19 | -$23.98 | $6,156.52 | Debit | Debit Card Purchase 021919 AMC STONY BROOK 17  21    STONY BROOK   NY | 5287 |
| 02/19 | -$28.64 | $6,127.88 | Debit | Debit Card Purchase 021919 TEB NORTH COUNTRY        STONY BROOK NY | 5287 |
| 02/19 | -$32.51 | $6,095.37 | Debit | Debit Card Purchase 021919 FRATELLIS ITALIAN EATE    STONY BROOK   NY | 5287 |
| 02/19 | -$35.00 | $6,060.37 | Debit | Debit Card Purchase 021919 CACTUS STONY BROOK        STONY BROOK NY | 5287 |

**Capital One® Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/19 | -$41.95 | $6,018.42 | Debit | Debit Card Purchase 021919 SAINT JAMES BAGEL        SAINT JAMES   NY | 5287 |
| 02/19 | -$115.08 | $5,903.34 | Debit | Debit Card Purchase 021919 LIQUORIUM        SAINT JAMES NY | 5287 |
| 02/19 | -$139.00 | $5,764.34 | Debit | Debit Card Purchase 021919 O SOLE MIO LLC        STONY BROOK   NY | 5287 |
| 02/20 | -$63.00 | $5,701.34 | Debit | Debit Card Purchase 022019 NINA NAIL SPA INC        EAST SETAUKE NY | 5329 |
| 02/20 | -$90.25 | $5,611.09 | Debit | Debit Card Purchase 022019 STOP SHOP 0574        SETAUKET     NY | 5329 |
| 02/21 | -$103.69 | $5,507.40 | Debit | Debit Card Purchase PETCO 3714 108673 022119 PETCO 3714 LAKE GROVE   NY | 5329 |
| 02/21 | -$17.37 | $5,490.03 | Debit | Debit Card Purchase WHOLEFDS LGV 102 IN0067 022119 WHOLEFDS LGV 102 120 NEW  LAKE GROVE   NY | 5329 |
| 02/21 | -$173.38 | $5,316.65 | Debit | Debit Card Purchase 022119 PENTIMENTO RESTAURANT     STONY BROOK   NY | 5287 |
| 02/21 | -$1,567.73 | $3,748.92 | Debit | ACH Withdrawal LIPA        ONLINE PAY | |
| 02/22 | $29,715.09 | $33,464.01 | Credit | ACH deposit Northwell     BATCH | |
| 02/22 | -$380.00 | $33,084.01 | Debit | Customer withdrawal | |
| 02/22 | -$661.75 | $32,422.26 | Debit | Customer withdrawal | |
| 02/22 | -$3,010.00 | $29,412.26 | Debit | Customer withdrawal | |
| 02/22 | -$30.01 | $29,382.25 | Debit | Debit Card Purchase KINGS ROUTE 111 295445 022219 KINGS ROUTE 111        HAUPPAUGE     NY | 5287 |
| 02/22 | -$24.37 | $29,357.88 | Debit | Debit Card Purchase 7 ELEVEN 00MT5T 022219 7 ELEVEN SMITHTOWN     NY | 5287 |
| 02/22 | -$135.42 | $29,222.46 | Debit | Debit Card Purchase TARGET T  255 PO 311910 022219 TARGET T  255 POND PAT    SOUTH SETAUKE NY | 5329 |
| 02/22 | -$5.70 | $29,216.76 | Debit | Debit Card Purchase TARGET T  255 PO 311911 022219 TARGET T  255 POND PAT    SOUTH SETAUKE NY | 5329 |
| 02/22 | -$80.00 | $29,136.76 | Debit | Debit Card Purchase 022219 OFF SEVENTH HAIR SALON    CENTEREACH NY | 5329 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/25 | -$356.56 | $28,780.20 | Debit | Debit Card Purchase HAMLET WINES 730 001 022319 HAMLET WINES 730 ROUTE    SETAUKET    NY | 5329 |
| 02/25 | -$35.55 | $28,744.65 | Debit | Debit Card Purchase SPEEDWAY 07797  LK4794 022419 SPEEDWAY 07797         SMITHTOWN    NY | 5287 |
| 02/25 | -$117.82 | $28,626.83 | Debit | Debit Card Purchase UNCLE GIUSEPPE S LK2937 022419 UNCLE GIUSEPPE S S SMITHTOWN    NY | 5287 |
| 02/25 | -$219.35 | $28,407.48 | Debit | Debit Card Purchase STOP  SHOP 0574 001 022419 STOP  SHOP 0574 SETAUKET    NY | 5287 |
| 02/25 | -$97.75 | $28,309.73 | Debit | Debit Card Purchase STOP  SHOP 0574 001 022419 STOP  SHOP 0574 SETAUKET    NY | 5287 |
| 02/25 | -$330.79 | $27,978.94 | Debit | Debit Card Purchase COSTCO WHSE 020 990206 022519 COSTCO WHSE 0206         NESCONSET    NY | 5329 |
| 02/25 | -$52.07 | $27,926.87 | Debit | Debit Card Purchase 7 ELEVEN 00MJB6 022519 7 ELEVEN STONY BROOK   NY | 5287 |
| 02/25 | -$5.00 | $27,921.87 | Debit | Debit Card Purchase 022519 WYCKOFF STARR COFFEE S BROOKLYN    NY | 5287 |
| 02/25 | -$11.75 | $27,910.12 | Debit | Debit Card Purchase 022519 UBER 8005928996    CA | 5287 |
| 02/25 | -$12.21 | $27,897.91 | Debit | Debit Card Purchase 022519 SQU SQ STRANGE FLAVOR    BROOKLYN NY | 5287 |
| 02/25 | -$12.55 | $27,885.36 | Debit | Debit Card Purchase 022519 UBER 8005928996    CA | 5287 |
| 02/25 | -$15.04 | $27,870.32 | Debit | Debit Card Purchase 022519 UBER 8005928996    CA | 5287 |
| 02/25 | -$17.60 | $27,852.72 | Debit | Debit Card Purchase 022519 STARBUCKS STORE 07813 HAUPPAUGE    NY | 5287 |
| 02/25 | -$17.93 | $27,834.79 | Debit | Debit Card Purchase 022519 PUMPERNICKLES DELI         SETAUKET NY | 5329 |
| 02/25 | -$18.78 | $27,816.01 | Debit | Debit Card Purchase 022519 SQU SQ STRANGE FLAVOR    BROOKLYN NY | 5287 |
| 02/25 | -$25.86 | $27,790.15 | Debit | Debit Card Purchase 022519 THREE DOLLAR BILL        BROOKLYN    NY | 5287 |
| 02/25 | -$28.00 | $27,762.15 | Debit | Debit Card Purchase 022519 TST ARTICHOKE BASILLE    BROOKLYN NY | 5287 |
| 02/25 | -$28.35 | $27,733.80 | Debit | Debit Card Purchase 022519 STONY BROOK BEVERAGE       SETAUKET NY | 5329 |



**Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 08, 2019   - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/25 | -$31.00 | $27,702.80 | Debit | Debit Card Purchase 022519 WORLD GYM SETAUKET      EAST SETAUKE NY | 5329 |
| 02/25 | -$38.01 | $27,664.79 | Debit | Debit Card Purchase 022519 ACE HARDWARE E SETAUKE    EAST SETAUKE NY | 5329 |
| 02/25 | -$60.00 | $27,604.79 | Debit | Debit Card Purchase 022519 SUNOCO 0975167800 QPS    STONY BROOK NY | 5329 |
| 02/25 | -$77.86 | $27,526.93 | Debit | Debit Card Purchase 022519 TEB NORTH COUNTRY      STONY BROOK NY | 5329 |
| 02/25 | -$161.40 | $27,365.53 | Debit | Debit Card Purchase 022519 READYREFRESH BY NESTLE    800 274 5282  CA | 5329 |
| 02/25 | -$347.55 | $27,017.98 | Debit | Debit Card Purchase 022519 OPTIMUM 7840        9143788900 NY | 5329 |
| 02/25 | -$575.53 | $26,442.45 | Debit | Debit Card Purchase 022519 NORTH SHORE FUEL OIL    ST JAMES   NY | 5287 |
| 02/25 | -$1,462.53 | $24,979.92 | Debit | Debit Card Purchase 022519 HIRSCH FUELS INC      HAUPPAUGE    NY | 5287 |
| 02/25 | -$568.94 | $24,410.98 | Debit | ACH Withdrawal VZ WIRELESS VE VZW WEBPAY | |
| 02/25 | -$477.56 | $23,933.42 | Debit | ACH Withdrawal TRANSAMERICA LOAN REPAY | |
| 02/25 | -$369.38 | $23,564.04 | Debit | ACH Withdrawal CHRYSLER CAPITAL PAYMENT | |
| 02/26 | -$81.57 | $23,482.47 | Debit | Debit Card Purchase 022619 VERIZON ONETIMEPAY      800 VERIZON   FL | 5287 |
| 02/26 | -$117.08 | $23,365.39 | Debit | Debit Card Purchase 022619 BOSTON PROPER      8002434300    FL | 5329 |
| 02/26 | -$135.89 | $23,229.50 | Debit | Debit Card Purchase 022619 A EAGLE OUTFTR00006593    OTTAWA      KS | 5329 |
| 02/26 | -$171.09 | $23,058.41 | Debit | Debit Card Purchase 022619 NATIONAL GRID      800 930 5003  NY | 5329 |
| 02/26 | -$351.09 | $22,707.32 | Debit | Debit Card Purchase 022619 WHOLEFDS LGV 10240      LAKE GROVE   NY | 5329 |
| 02/26 | -$96.00 | $22,611.32 | Debit | ACH Withdrawal LIPA        ONLINE PAY | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER
**FDIC**

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 02/26 | -$4,000.00 | $18,611.32 | Check | Check    117 | |
| 02/26 | -$325.00 | $18,286.32 | Check | Check    118 | |
| 02/27 | -$25.73 | $18,260.59 | Debit | Debit Card Purchase 7 ELEVEN 00N3OA 022719 7 ELEVEN HAUPPAUGE    NY | 5287 |
| 02/27 | -$29.00 | $18,231.59 | Debit | Debit Card Purchase 022719 ACT USTA LEAGUES    877 243 8107 TX | 5329 |
| 02/27 | -$30.33 | $18,201.26 | Debit | Debit Card Purchase 022719 TEB NORTH COUNTRY    STONY BROOK NY | 5329 |
| 02/27 | -$44.00 | $18,157.26 | Debit | Debit Card Purchase 022719 UST USTA MEMBERSHIP    800 9908782 NY | 5329 |
| 02/27 | -$50.00 | $18,107.26 | Debit | Debit Card Purchase 022719 ADELPHI GRAD PMT    8008997227    VA | 5287 |
| 02/27 | -$54.31 | $18,052.95 | Debit | Debit Card Purchase 022719 STONY BROOK YACHT CLUB    STONY BROOK NY | 5329 |
| 02/27 | -$65.00 | $17,987.95 | Debit | Debit Card Purchase 022719 LEON CHIROPRACTIC PC    STONY BROOK NY | 5329 |
| 02/27 | -$71.60 | $17,916.35 | Debit | Debit Card Purchase 022719 SUNOCO 0975167800 QPS    STONY BROOK NY | 5287 |
| 02/27 | -$78.60 | $17,837.75 | Debit | Debit Card Purchase 022719 AMZN MKTP US MI03T1P02    AMZN COM BIL  WA | 5329 |
| 02/27 | -$98.95 | $17,738.80 | Debit | Debit Card Purchase 022719 AMZN MKTP US MI95Q0Q10    AMZN COM BIL  WA | 5329 |
| 02/27 | -$104.30 | $17,634.50 | Debit | Debit Card Purchase 022719 AMZN MKTP US MI6V606A1    AMZN COM BIL  WA | 5329 |
| 02/27 | -$174.97 | $17,459.53 | Debit | Debit Card Purchase 022719 SUBURBAN PEST MANAGEME SMITHTOWN    NY | 5329 |
| 02/27 | -$198.49 | $17,261.04 | Debit | Debit Card Purchase 022719 THE BARN PET FEED  SU    DEER PARK NY | 5329 |
| 02/27 | -$331.01 | $16,930.03 | Debit | Debit Card Purchase 022719 AMZN MKTP US MI1D858G0    AMZN COM BIL  WA | 5329 |
| 02/27 | -$1,000.00 | $15,930.03 | Debit | Debit Card Purchase 022719 HIRSCH FUELS INC    HAUPPAUGE    NY | 5329 |
| 02/27 | -$1,048.67 | $14,881.36 | Debit | Debit Card Purchase 022719 HIRSCH FUELS INC    HAUPPAUGE    NY | 5287 |
| 02/28 | -$6.63 | $14,874.73 | Debit | Debit Card Purchase TARGET T  255 PO 311911 022819 TARGET T  255 POND PAT    SOUTH SETAUKE NY | 5329 |

**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/28 | -$50.32 | $14,824.41 | Debit | Debit Card Purchase TARGET T 255 PO 311911 022819 TARGET T 255 POND PAT    SOUTH SETAUKE  NY | 5329 |
| 02/28 | -$127.99 | $14,696.42 | Debit | Debit Card Purchase STOP  SHOP 0553 001 022819 STOP  SHOP 0553 SOUTH SETAUCK  NY | 5329 |
| 02/28 | -$24.00 | $14,672.42 | Debit | Debit Card Purchase 022819 WORLD GYM SETAUKET    EAST SETAUKE NY | 5329 |
| 02/28 | -$26.94 | $14,645.48 | Debit | Debit Card Purchase 022819 AMZN MKTP US MI0OT3D51    AMZN COM BIL  WA | 5329 |
| 02/28 | -$120.86 | $14,524.62 | Debit | Debit Card Purchase 022819 PENTIMENTO RESTAURANT    STONY BROOK   NY | 5287 |
| 03/01 | $38.97 | $14,563.59 | Credit | Debit Card Purchase Return 030119 A EAGLE OUTFTR00006593    OTTAWA KS | |
| 03/01 | -$9.97 | $14,553.62 | Debit | Debit Card Purchase 030119 UBER 8005928996    CA | 5287 |
| 03/01 | -$11.08 | $14,542.54 | Debit | Debit Card Purchase 030119 UBER 8005928996    CA | 5287 |
| 03/01 | -$20.00 | $14,522.54 | Debit | Debit Card Purchase 030119 STARBUCKS      800 782 7282 WA | 5329 |
| 03/01 | -$32.00 | $14,490.54 | Debit | Debit Card Purchase 030119 WORLD GYM SETAUKET    EAST SETAUKE NY | 5329 |
| 03/01 | -$92.31 | $14,398.23 | Debit | Debit Card Purchase 030119 PETCO 3714    63537146    LAKE GROVE NY | 5329 |
| 03/01 | -$680.00 | $13,718.23 | Check | Check    119 | |
| 03/04 | -$50.63 | $13,667.60 | Debit | Debit Card Purchase BP 6633903AUTOM 394233 030219 BP 6633903AUTOM    ST JAMES NY | 5287 |
| 03/04 | -$62.40 | $13,605.20 | Debit | Debit Card Purchase 7 ELEVEN 00MSTR 030219 7 ELEVEN SAINT JAMES   NY | 5287 |
| 03/04 | -$23.38 | $13,581.82 | Debit | Debit Card Purchase MOODY MART 4 IN  128751 030219 MOODY MART 4 IN        SMITHTOWN    NY | 5287 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 08, 2019    - MARCH 07, 2019

Debit Card

| Date | Amount | Resulting Balance | Transaction Type | Description |
|------|--------|-------------------|------------------|-------------|
| 03/04 | -$78.24 | $13,503.58 | Debit | Debit Card Purchase SEPHORA 166    5287 313  0003 030219 SEPHORA 166 313 SMITH    LAKE GROVE    NY |
| 03/04 | -$67.01 | $13,436.57 | Debit | Debit Card Purchase LUSH US   772    5287 093437 030219 LUSH US   772 SMITH HA  LAKE GROVE    NY |
| 03/04 | -$39.16 | $13,397.41 | Debit | Debit Card Purchase YCC STORE    5287 00259  000117 030219 YCC STORE 00259        LAKE GROVE    NY |
| 03/04 | -$32.75 | $13,364.66 | Debit | Debit Card Purchase TRADER JOE S  5 5287 694556 030219 TRADER JOE S  556 LAKE GROVE    NY |
| 03/04 | -$70.31 | $13,294.35 | Debit | Debit Card Purchase CVS PHARMACY  5287 03 IN0066 030219 CVS PHARMACY 03 03010    SETAUKET    NY |
| 03/04 | -$30.40 | $13,263.95 | Debit | Debit Card Purchase DEMA LIQUORS  5287 089463 030219 DEMA LIQUORS SETAUKET    NY |
| 03/04 | -$5.00 | $13,258.95 | Debit | Debit Card Purchase 030419 COLLEGE 5329 TRANSCRIPT    703 742 4200  VA |
| 03/04 | -$9.74 | $13,249.21 | Debit | Debit Card Purchase 030419 UBER    5287 8005928996    CA |
| 03/04 | -$14.08 | $13,235.13 | Debit | Debit Card Purchase 030419 UBER    5287 8005928996    CA |
| 03/04 | -$18.55 | $13,216.58 | Debit | Debit Card Purchase 030419 UBER    5287 8005928996    CA |
| 03/04 | -$30.00 | $13,186.58 | Debit | Debit Card Purchase 030419 SEVEN    5287 GABLES POWER EQU    SMITHTOWN NY |
| 03/04 | -$38.72 | $13,147.86 | Debit | Debit Card Purchase 030419    5287 SMITHTOWN BAGELS SMITHTOWN    NY |
| 03/04 | -$46.68 | $13,101.18 | Debit | Debit Card Purchase 030419    5329 FRATELLIS ITALIAN EATE    STONY BROOK  NY |
| 03/04 | -$51.73 | $13,049.45 | Debit | Debit Card Purchase 030419 SAINT    5287 JAMES BAGEL        SAINT JAMES    NY |
| 03/04 | -$54.00 | $12,995.45 | Debit | Debit Card Purchase 030419 WORLD    5329 GYM SETAUKET        EAST SETAUKE NY |
| 03/04 | -$66.55 | $12,928.90 | Debit | Debit Card Purchase 030419    5287 PENTIMENTO RESTAURANT    STONY BROOK  NY |
| 03/04 | -$156.35 | $12,772.55 | Debit | Debit Card Purchase 030419 HAMLET    5287 WINES        SETAUKET    NY |
| 03/04 | -$178.05 | $12,594.50 | Debit | Debit Card Purchase 030419 UNIQUE    5329 CLEANERS OF        EAST SETAUKE  NY |

**Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

GABRIEL A SANROMAN DEBTOR IN POSSESSION
MICHELE D SANROMAN DP REP
EASTERN DISTRICT OF NY CASE 8-18-77977

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 08, 2019   -  MARCH 07, 2019

Debit Card

| Date | Amount | Resulting Balance | Transaction Type | Description |
|------|--------|-------------------|------------------|-------------|
| 03/05 | -$40.26 | $12,554.24 | Debit | Debit Card Purchase SHELL SERVICE ST  5287 446891 030519 SHELL SERVICE STATION     BAY SHORE     NY |
| 03/05 | -$10.25 | $12,543.99 | Debit | Debit Card Purchase 030519 COLLEGE 5329 TRANSCRIPT     703 742 4200  VA |
| 03/05 | -$31.98 | $12,512.01 | Debit | Debit Card Purchase 030519 DD BR     5287 344267 Q35     ST JAMES     NY |
| 03/05 | -$105.00 | $12,407.01 | Debit | Debit Card Purchase 030519 LIFTOPIA 5287 MOUNT SNOW T    8003490870   CA |
| 03/06 | -$453.09 | $11,953.92 | Debit | Debit Card Purchase STOP  SHOP     5329 0553 001 030619 STOP   SHOP 0553 SOUTH SETAUCK NY |
| 03/06 | -$6.58 | $11,947.34 | Debit | Debit Card Purchase STOP  SHOP     5329 0574 001 030619 STOP   SHOP 0574 SETAUKET     NY |
| 03/06 | -$53.19 | $11,894.15 | Debit | Debit Card Purchase WAVERLY     5329 LIQUORS  IN0067 030619 WAVERLY LIQUORS 172 ROUT   EAST SETAUKET NY |
| 03/06 | -$18.08 | $11,876.07 | Debit | Debit Card Purchase 030619 UBER     5287 8005928996    CA |
| 03/06 | -$25.00 | $11,851.07 | Debit | Recur Debit Card Purchase 030619 EZPASS PREPAID TOLLQPS     800 333 8655  NY |
| 03/06 | -$54.99 | $11,796.08 | Debit | Debit Card Purchase 030619 LTI     5287 MOUNT SNOW TIX     8003490870 CA |
| 03/07 | $29,363.32 | $41,159.40 | Credit | ACH deposit Northwell     BATCH |
| 03/07 | -$18.47 | $41,140.93 | Debit | Debit Card Purchase 030719     5287 PENTIMENTO RESTAURANT     STONY BROOK  NY |
| 03/07 | -$23.43 | $41,117.50 | Debit | Debit Card Purchase 030719 5GUYS     5329 1330 QSR     PORT JEFF ST  NY |
| 03/07 | -$189.36 | $40,928.14 | Debit | Debit Card Purchase 030719     5287 PENTIMENTO RESTAURANT     STONY BROOK  NY |
| 03/07 | -$16,645.84 | $24,282.30 | Check | Check     121 |
| 03/07 | -$6,757.55 | $17,524.75 | Check | Check     120 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER
FDIC   EQUAL HOUSING LENDER

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 08, 2019    -    MARCH 07, 2019

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|-------|------------|-----------|-------|---------|-----------|-------|-------------|
| 115 | 02/08 | $6,757.55 | 118 | 02/26 | $325.00 | 120 | 03/07 | $6,757.55 |
| 116 | 02/08 | $16,645.84 | 119 | 03/01 | $680.00 | 121 | 03/07 | $16,645.84 |
| 117 | 02/26 | $4,000.00 | | | | | | |