B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of New York

In re Gabriel A. San Roman and Michele D. San Roman    Case No. 18-77977-reg

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MTGLQ Investors, LP
Name of Transferee

Wells Fargo Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services, LLC
PO Box 55004
Irvine, CA 92619-2708
Phone: (888) 699-5600
Last Four Digits of Acct #: 7625

Court Claim # (if known): 10
Amount of Claim: $2,411,435.57
Date Claim Filed: 01/24/2019

Phone: (800) 274-7025
Last Four Digits of Acct. #: 1383

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services, LLC
PO Box 52708
Irvine, CA 92619-2708
Phone: (888) 699-5600
Last Four Digits of Acct #: 7625

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 12/27/2019
Transferee/Transferee's Attorney

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.